The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER HYLTON, an individual,

                Plaintiff,

   v.

REEDER MANAGEMENT INC., a Washington Company,

                Defendant.

Case No.: 2:20-cv-01281

**JOINT STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO COMPLETE DISCOVERY**

## STIPULATION AND MOTION

Pursuant to LCR 7(d)(1) and 10(g), the parties, by and through their counsel of record, hereby jointly stipulate and move the Court for entry of the proposed order extending the Deadline to Complete Discovery by one month as follows:

| Deadline for | Current | Proposed |
|---|---|---|
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | 03/22/2021 | 03/22/2021 |
| **Deadline to Complete Discovery** | **04/21/2021** | **05/21/2021** |
| All dispositive motions must be filed by | 05/21/2021 | 05/21/2021 |
| All motions *in limine* must be filed by | 09/13/2021 | 09/13/2021 |
| Joint Pretrial Statement due | 09/20/2021 | 09/20/2021 |
| Pretrial Conference | 10/04/2021 | 10/04/2021 |
| Trial Date | 10/18/2021 | 10/18/2021 |

JOINT STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO COMPLETE DISCOVERY - 1

SKIDMORE | FOMINA, PLLC
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (425) 519-3656

The parties have been working diligently and cooperatively to complete all discovery by the original April 21, 2021 deadline.  Depositions of fact witnesses have commenced and most of the proposed deponents have been scheduled.  Hundreds of pages of documents have been produced.  However, the earliest at least one remaining deponent is able to be scheduled is after the current discovery deadline, and supplemental discovery requests may be necessary following this deposition.  In spite of the best efforts of the parties it is unlikely that discovery could be completed by the original April 21, 2021 deadline.  In order to preserve the finality of the dates set by the Court and to make sure there is enough time to properly complete discovery a short continuance is needed.  Accordingly, the parties propose that the deadline to complete discovery be continued and all other pre-trial dates remain unchanged, in accordance with the schedule set forth above.  This is the first request for a continuance in this matter and the parties do not foresee a need for any further continuances in the trial and pre-trial schedule.

DATED: March 17, 2021.

| SKIDMORE & FOMINA, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Clive A. Pontusson | /s/ Kathryn Childers |
| Gregory M. Skidmore, WSBA # 47462 | Benjamin Stone, WSBA # 33436 |
| Clive A. Pontusson, WSBA # 53570 | Kathryn Childers, WSBA # 45231 |
| 1001 Fourth Avenue, Suite 3200 | Lewis Brisbois Bisgaard & Smith LLP |
| Seattle, WA 98154 | 1111 Third Avenue, Suite 2700 |
| Tel: (206) 236-2769 | Seattle, WA 98101 |
| Email: gskidmore@skidmorefomina.com | Tel: (206) 436-2020 |
| Email: cpontusson@skidmorefomina.com | Email: Benjamin.Stone@lewisbrisbois.com |
|  | Email: Kathryn.Childers@lewisbrisbois.com |
| Attorneys for Plaintiff. | Attorneys for Defendant |

## ORDER

THIS MATTER came before the Court pursuant to a joint motion by Plaintiff and Defendant to extend the deadline to complete discovery in accordance with the schedule set forth below.  Having considered the stipulated joint motion and arguments of counsel, the Court finds that there is good cause to extend the Deadline to Complete Discovery as requested in the joint motion.

| Deadline for | Current | Proposed |
|---|---|---|
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | 03/22/2021 | 03/22/2021 |
| Deadline to Complete Discovery | 04/21/2021 | 05/21/2021 |
| All dispositive motions must be filed by | 05/21/2021 | 05/21/2021 |
| All motions *in limine* must be filed by | 09/13/2021 | 09/13/2021 |
| Joint Pretrial Statement due | 09/20/2021 | 09/20/2021 |
| Pretrial Conference | 10/04/2021 | 10/04/2021 |
| Trial Date | 10/18/2021 | 10/18/2021 |

**IT IS SO ORDERED** this 18th day of March, 2021.

*Barbara J. Rothstein*
_____
Barbara J. Rothstein
United States District Judge